UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:25-cr-209-BJD-PDB

FRANCESCA CHARLES,
JACQUES JERRY PIERRE,
JEFF PIERRE

## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for FRANCESCA CHARLES, JACQUES JERRY PIERRE, JEFF PIERRE, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *Elisibeth Adams*
ELISIBETH ADAMS
Assistant United States Attorney
Florida Bar No. 1015275
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile:  (904) 301-6310
E-mail: elisibeth.adams@usdoj.gov